■ IDC (QUEENS) CORP., Appellant, v ILLUMINATING EXPERIENCES, INC., Respondent. [633 NYS2d 18] —Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered on or about July 22, 1994, which granted defendant's motion to dismiss the complaint for failure to state a cause of action, unanimously affirmed, without costs.

The action was properly dismissed for failure to plead the alleged fraudulent conveyance with the requisite particularity (CPLR 3016 [b]). We note the absence of any specific allegation concerning the value of the transferred property or otherwise showing why the consideration given therefor was inadequate (*see, e.g., Loblaw, Inc. v Wylie*, 50 AD2d 4, 6; *Polkowski v Mela*, 143 AD2d 260, 262). Nor was a need for additional disclosure demonstrated (*see, Glassman v Catli*, 111 AD2d 744). Concur—Sullivan, J. P., Rosenberger, Ross, Asch and Nardelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SMITH, Also Known as ANTHONY ROMULUS, Appellant. [633 NYS2d 947] —Judgment, Supreme Court, New York County (Howard Bell, J.), rendered on or about June 23, 1993, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, J. P., Rosenberger, Ross, Asch and Nardelli, JJ.